Howard M. Ehrenberg
333 S. Hope Street 35th Floor
Los Angeles, CA 90071
(213) 626-2311
(213) 629-4520

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRONE, MARK ELIAS<br><br><br>Debtor. | Case No. 2:17-bk-12392 BR<br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>DATE:   [NO HEARING SET]<br>TIME:   [NO HEARING SET]<br>PLACE:  [NO HEARING SET] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Howard M. Ehrenberg, the duly appointed and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case and appropriate notice should be given to creditors to file claims.

Date: June 9, 2017                                      /s/ Howard Ehrenberg
                                                        Howard M. Ehrenberg
                                                        Chapter 7 Trustee