V. James DeSimone Law
V. James DeSimone, Esq.
SBN 119668
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
310-693-5561

FILED
MAY 29 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

MARK ELIAS CRONE,

    Debtor;

CASE NO: 2:17-bk-12392-BR

Chapter 7

**NOTICE OF WITHDRAWAL OF APPLICATION FOR PRO HAC VICE FOR NON RESIDENT ATTORNEY**

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT James DeSimone hereby withdraws the Application for Theresa Mains, for Non-Resident Attorney to Appear in a Specific Case filed herein on May 16, 2018 [ECF 80].

May 25, 2018

/s/ V. James DeSimone
V. James DeSimone, Esq.
SBN 119668
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
310-693-5561

-1-

Main Document    Page 2 of 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2251 N. Rampart Blvd. 102
Las Vegas, Nevada 89128

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF WITHDRAWAL OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __May 29, 2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Leslie A Cohen
Leslie Cohen Law PC
leslie@lesliecohenlaw.com
*Attorney for Debtor Mark Crone*

Howard M Ehrenberg (Trustee)
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071
(213) 626-2311
ehrenbergtrustee@sulmeyerlaw.com,

David M Goodrich, Esq
333 S Hope St 35th Fl
Los Angeles, CA 90071
213-626-2311 /Fax : 213-629-4520
Email: *dgoodrich@sulmeyerlaw.com*
*Attorney for Trustee*

**Jerome Bennett Friedman** jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
**Eric A Puritsky** eric@puritskylaw.com
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

_____
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 5/29/2018           , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/29/2018 | Theresa Plains | _/s/ signature_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016