1  David M. Goodrich, State Bar No. 208675
   dgoodrich@wgllp.com
2  **WEILAND GOLDEN GOODRICH LLP**
   650 Town Center Drive, Suite 950
3  Costa Mesa, California 92626
   Telephone    714-966-1000
4  Facsimile    714-966-1002

5  Proposed Counsel for Howard M. Ehrenberg,
   Chapter 7 Trustee

FILED & ENTERED

JUN 07 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>　　　　　　　Debtor. | Case No. 2:17-bk-12392-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:**<br><br>(1) **AUTHORIZING SALE OF PROPERTY PURSUANT TO 11 U.S.C. § 363(b);**<br>(2) **APPROVING BIDDING PROCEDURES;**<br>(3) **APPROVING BUYER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND**<br>(4) **APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>DATE:    May 29, 2018<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom 1668<br>　　　　　Roybal Federal Building<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, California 90012 |

///

///

///

1170432.1　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　ORDER

The *Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Property Pursuant to 11 U.S.C. § 363(b); (2) Approving Bidding Procedures; (3) Approving Buyer as Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 75] ("Motion")[1] came on regularly for hearing on May 29, 2018 at 2:00 p.m., before this Court, the Honorable Barry Russell, United States Bankruptcy Judge, presiding. David M. Goodrich of Weiland Golden Goodrich LLP, counsel for Howard M. Ehrenberg, Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate ("Estate") of Mark Elias Crone ("Debtor"), appeared on behalf of the Trustee. All other appearances were noted on the record.

Having considered the Motion, the Memorandum of Points and Authorities, the declarations submitted by the Trustee in support of the Motion, the Debtor's opposition to the Motion [Docket No. 81] ("Opposition"), the Trustee's reply to the Opposition [Docket No. 82], Jeffrey Rinde's Joinder to the Trustee's reply, the documents and pleadings on file herein, all judicially noticeable facts, finding that notice of the Motion was proper, finding that the Sale and Settlement are reasonable, proposed in good faith, and in the best interest of the Estate, creditors, and other parties in interest, and are a reasonable exercise of the Trustee's business judgment in all respects, the Debtor having qualified as an overbidder and after a live auction was conducted by the Trustee, and for good cause appearing,

**IT IS ORDERED:**

1. The Objection is overruled;
2. The Motion is granted;
3. The bidding procedures outlined in the Motion are approved;
4. The Agreement which is attached to the Motion as **Exhibit 1** is approved (with the exception of the proposed Breakup Fee which was reduced to

---

[1] Any terms not specifically defined herein shall have the meanings provided in the Motion.

$3,000, but no longer relevant since the Buyer was the successful bidder), and the Trustee is authorized to sell the Estate's interest in potential counter claims against the Buyer to the Buyer for $46,000 "as is," "where is," without representation or warranty, pursuant to 11 U.S.C. § 363(b);

5. The Buyer is a good faith purchaser and entitled to the protections of § 363(m);

6. The Agreement is approved pursuant to FRBP 9019(a);

7. The Trustee is authorized to enter into the Agreement and to take any actions reasonably necessary to effectuate the terms of the Agreement;

8. The 14-day stay prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived; and

9. This Court shall retain jurisdiction to interpret, enforce and implement the terms of this Order.

###

Date: June 7, 2018

_____
Barry Russell
United States Bankruptcy Judge

1170432.1                                3                                ORDER