United States Bankruptcy Court
Central District of California

In re:
Mark Elias Crone
    Debtor

Case No. 17-12392-BR
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 2    Date Rcvd: Jun 07, 2018
                Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
db          #+Mark Elias Crone,    201 Bicknell Avenue,    Apt 107,    Santa Monica, CA 90405-2395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
         Cynthia Futter     on behalf of Creditor    CKR Global Advisors cfutter@futterwells.com
         David B Golubchik    on behalf of Defendant Susan Crone dbg@lnbyb.com,   dbg@ecf.inforuptcy.com
         David M Goodrich    on behalf of Plaintiff Howard M. Ehrenberg dgoodrich@wgllp.com,
          vrosales@wgllp.com;kadele@wgllp.com
         David M Goodrich    on behalf of Trustee Howard M Ehrenberg (TR) dgoodrich@wgllp.com,
          vrosales@wgllp.com;kadele@wgllp.com
         David M Goodrich    on behalf of Counter-Defendant Howard M. Ehrenberg dgoodrich@wgllp.com,
          vrosales@wgllp.com;kadele@wgllp.com
         Eric A Puritsky    on behalf of Debtor Mark Elias Crone eric@puritskylaw.com
         Howard M Ehrenberg (TR)     ehrenbergtrustee@sulmeyerlaw.com,
          ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
         J. Bennett Friedman    on behalf of Plaintiff    CKR Global Advisors, Inc. jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of 3rd Pty Defendant    CKR Law, LLP jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of Creditor    CKR Law, LLP jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of Creditor    CKR Global Advisors jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of Interested Party Jeffrey A. Rinde jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of 3rd Pty Defendant    CKR Global Advisors, Inc.
          jfriedman@flg-law.com,   msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of Plaintiff    Vertex Advisors Limited jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of 3rd Pty Defendant    Vertex Advisors Limited
          jfriedman@flg-law.com,   msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of 3rd Pty Defendant Jeffrey Rindle jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of Plaintiff Jeffrey A. Rinde jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of Creditor    Vertex Advisors Limited jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of Plaintiff    CKR Law, LLP jfriedman@flg-law.com,
          msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
         J. Bennett Friedman    on behalf of Defendant    Ascendant Global Advisors, Inc.
          jfriedman@flg-law.com,   msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com

```
District/off: 0973-2          User: admin                  Page 2 of 2                   Date Rcvd: Jun 07, 2018
                              Form ID: pdf042              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          J. Bennett Friedman    on behalf of Creditor Jeffrey A. Rinde jfriedman@flg-law.com,
           msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
          J. Bennett Friedman    on behalf of 3rd Pty Defendant Jeffrey A. Rinde jfriedman@flg-law.com,
           msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
          Jeffrey S Kwong    on behalf of Defendant Susan  Crone jsk@lnbyb.com,  jsk@ecf.inforuptcy.com
          Leslie A Cohen    on behalf of Debtor Mark Elias Crone leslie@lesliecohenlaw.com,
           jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
          Leslie A Cohen    on behalf of Interested Party    Courtesy NEF leslie@lesliecohenlaw.com,
           jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
          Scott J Tepper    on behalf of Defendant Gary  Gorham scottjtepper@msn.com,  scottjtepper@gmail.com
          Stephen F Biegenzahn    on behalf of Creditor   CKR Global Advisors efile@sfblaw.com
          Stephen F Biegenzahn    on behalf of Defendant   Ascendant Global Advisors, Inc. efile@sfblaw.com
          Stephen F Biegenzahn    on behalf of Plaintiff   CKR Global Advisors, Inc. efile@sfblaw.com
          Steven  Werth    on behalf of Debtor Mark Elias Crone swerth@sulmeyerlaw.com,
           asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.in
           foruptcy.com
          Steven  Werth    on behalf of Trustee Howard M Ehrenberg (TR) swerth@sulmeyerlaw.com,
           asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.in
           foruptcy.com
          Theresa  Mains    on behalf of Defendant Mark Elias Crone theresa@theresamainspa.com
          Theresa  Mains    on behalf of Debtor Mark Elias Crone theresa@theresamainspa.com
          United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
          Zann R Welch    on behalf of Creditor   BMW Financial Services NA, LLC
           ecfnotices@ascensioncapitalgroup.com
                                                                                             TOTAL: 35
```

David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Counsel for Howard M. Ehrenberg,
Chapter 7 Trustee

**FILED & ENTERED**

JUN 07 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-12392-BR |
| MARK ELIAS CRONE, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:** <br><br> (1) **AUTHORIZING SALE OF PROPERTY PURSUANT TO 11 U.S.C. § 363(b);** <br> (2) **APPROVING BIDDING PROCEDURES;** <br> (3) **APPROVING BUYER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m); AND** <br> (4) **APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** <br><br> DATE:    May 29, 2018 <br> TIME:    2:00 p.m. <br> PLACE:   Courtroom 1668 <br>           Roybal Federal Building <br>           255 E. Temple Street <br>           Los Angeles, California 90012 |

///

///

///

1170432.1    1    ORDER

The *Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Property Pursuant to 11 U.S.C. § 363(b); (2) Approving Bidding Procedures; (3) Approving Buyer as Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); and (4) Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 75] ("Motion")[1] came on regularly for hearing on May 29, 2018 at 2:00 p.m., before this Court, the Honorable Barry Russell, United States Bankruptcy Judge, presiding. David M. Goodrich of Weiland Golden Goodrich LLP, counsel for Howard M. Ehrenberg, Chapter 7 Trustee ("Trustee") for the Bankruptcy Estate ("Estate") of Mark Elias Crone ("Debtor"), appeared on behalf of the Trustee. All other appearances were noted on the record.

Having considered the Motion, the Memorandum of Points and Authorities, the declarations submitted by the Trustee in support of the Motion, the Debtor's opposition to the Motion [Docket No. 81] ("Opposition"), the Trustee's reply to the Opposition [Docket No. 82], Jeffrey Rinde's Joinder to the Trustee's reply, the documents and pleadings on file herein, all judicially noticeable facts, finding that notice of the Motion was proper, finding that the Sale and Settlement are reasonable, proposed in good faith, and in the best interest of the Estate, creditors, and other parties in interest, and are a reasonable exercise of the Trustee's business judgment in all respects, the Debtor having qualified as an overbidder and after a live auction was conducted by the Trustee, and for good cause appearing,

**IT IS ORDERED:**

1. The Objection is overruled;
2. The Motion is granted;
3. The bidding procedures outlined in the Motion are approved;
4. The Agreement which is attached to the Motion as **Exhibit 1** is approved (with the exception of the proposed Breakup Fee which was reduced to

---

[1] Any terms not specifically defined herein shall have the meanings provided in the Motion.

1170432.1                                    2                                    ORDER

$3,000, but no longer relevant since the Buyer was the successful bidder), and the Trustee is authorized to sell the Estate's interest in potential counter claims against the Buyer to the Buyer for $46,000 "as is," "where is," without representation or warranty, pursuant to 11 U.S.C. § 363(b);

5. The Buyer is a good faith purchaser and entitled to the protections of § 363(m);

6. The Agreement is approved pursuant to FRBP 9019(a);

7. The Trustee is authorized to enter into the Agreement and to take any actions reasonably necessary to effectuate the terms of the Agreement;

8. The 14-day stay prescribed by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is waived; and

9. This Court shall retain jurisdiction to interpret, enforce and implement the terms of this Order.

###

Date: June 7, 2018

_____
Barry Russell
United States Bankruptcy Judge

1170432.1     3     ORDER

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002