David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
WEILAND GOLDEN GOODRICH LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Counsel for Howard M. Ehrenberg,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>                         Debtor. | Case No. 2:17-bk-12392-BR<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPORT OF SALE**<br>**[FRBP 6004(f)(1)]**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)] |

**PLEASE BE ADVISED** that the above-captioned Court approved a sale (the "Sale") of "potential counter claims" scheduled by the Debtor against Jeff Rinde ("Assets") for a purchase price of $46,000, pursuant to the Court's Order authorizing the sale [Docket No. 75]. The Trustee has received $46,000 from Mr. Rinde and executed a Bill of Sale transferring the Estate's rights, title and interest in the Assets to Mr. Rinde. The sale has been consummated.

Respectfully submitted,

Dated: June 26, 2018

_____
HOWARD M. EHRENBERG
Chapter 7 Trustee

1174741.1                                   1                                    REPORT OF SALE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**650 Town Center Drive, Suite 950
Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): Chapter 7 Trustee's Report of Sale
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 26, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) June 26, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 26, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/26/2018 | Victoria Rosales | */s/ Victoria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Stephen F Biegenzahn    efile@sfblaw.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com
Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
J. Bennett Friedman    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com;ewalters@flg-law.com
Cynthia Futter    cfutter@futterwells.com
David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
David M Goodrich    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com
Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
Theresa Mains    theresa@theresamainspa.com
Eric A Puritsky    eric@puritskylaw.com
Scott J Tepper    scottjtepper@msn.com, scottjtepper@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Zann R Welch    ecfnotices@ascensioncapitalgroup.com
Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**