**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In Re:                                                                   Case No. 17-12392

                                                                                                                            Claim No. : 3

MARK ELIAS CRONE

    Debtor(s)

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

From                                                                     To

BMW Financial Services NA, LLC                  BMW Financial Services NA, LLC

P.O. Box 165028                                              4515 N Santa Fe Ave. Dept. APS

Irving, TX 75016                                              Oklahoma City, OK 73118


                                                               /s/ Dipika Parmar

Date: 08/06/2018

                                                  Creditor's Authorized Agent for BMW Financial Services NA, LLC