David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile    714-966-1002

Counsel for Howard M. Ehrenberg,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 25 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>            Debtor. | Case No. 2:17-bk-12392-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

Having reviewed the *Motion for Order Approving Compromise of Controversy Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket 104] ("Motion")[1] filed by Howard M. Ehrenberg, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Mark Elias Crone, the notice of the Motion [Docket 105], and the declaration of David M. Goodrich that no party requested a hearing on the Motion [Docket 108], finding that notice and service were proper and good cause appearing,

///

---

[1] All capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

1222117.1                                                    1                                                    ORDER

**IT IS ORDERED:**

1. The Motion is granted;

2. The terms of the Agreement, a copy of which is attached to the Motion, are approved and the Trustee is authorized to enter into the Agreement pursuant to Federal Rule of Bankruptcy Procedure 9019;

3. The Trustee is authorized to execute any documents or take any actions reasonably necessary to effectuate the terms of the Agreement; and

4. The Trustee is authorized to distribute any proceeds received from the sale of the AKTS Shares or S2 Interest, should either sale result in one payment of the entire value of the shareholder or membership interest, in a manner consistent with the Agreement and without the need for a further order of the Court.

###

Date: June 25, 2019

_____
Barry Russell
United States Bankruptcy Judge