David M. Goodrich, State Bar No. 208675
dgoodrich@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile     714-966-1002

Counsel for Howard M. Ehrenberg,
Chapter 7 Trustee

FILED & ENTERED

JUN 04 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>　　　　　　Debtor. | Case No. 2:17-bk-12392-BR<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER TRUSTEE'S MOTION FOR ORDER AUTHORIZING (1) RETENTION OF STOCKBROKER AND (2) SALE/REDEMPTION OF STOCK PURSUANT TO 11 U.S.C. § 363(b)**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

Having reviewed the *Motion for Order Authorizing (1) Retention of Stockbroker and (2) Sale/Redemption of Stock Pursuant to 11 U.S.C. § 363(b)* [Dkt. 115] ("Motion")[1] filed by Howard M. Ehrenberg, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Mark Elias Crone, the notice of the Motion [Dkt. 116], the notice of sale of estate property [Dkt. 117], and the declaration of David M. Goodrich that no party requested a hearing on the Motion [Dkt. 118], finding that notice and service were proper and good cause appearing,

---

[1] All capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

**IT IS ORDERED:**

1. The Motion is granted in its entirety;

2. The Trustee is authorized to employ Stockbroker to sell the Estate's interest in AKTS;

3. Payment of the Stockbroker's fees and costs, as described in the Motion, is authorized without further order of the Court;

4. The sale of AKTS is authorized as is, where is, without representations or warranties, free and clear of any and all liens, claims, encumbrances, and interests pursuant to 11 U.S.C. § 363(b), to the extent possible;

5. The Trustee is authorized to take any and all necessary action to consummate the sale of AKTS;

6. The Trustee is authorized to endorse the certificate, and his endorsement is sufficient to transfer the Estate's interest in AKTS;

7. The sale/redemption of the S2 interest is authorized where is, without representations or warranties, free and clear of any and all liens, claims, encumbrances, and interests pursuant to 11 U.S.C. § 363(b);

8. The Trustee is authorized to take any and all necessary action to consummate the sale/redemption of S2;

9. The Trustee is authorized to endorse the certificate, and his endorsement is sufficient to transfer S2;

10. Any requirements for lodging periods imposed by Local Bankruptcy Rule 9021-1 and any other applicable bankruptcy rules are waived; and

//
//
//

11. The stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) and any other applicable bankruptcy rules is waived.

###

Date: June 4, 2020

_____
Barry Russell
United States Bankruptcy Judge