JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| In re | Dist. Ct. Case No. CV 17-08377 DOC(GJSx) |
| MARK ELIAS CRONE, | Case No. 2:17-bk-12392-BR |
| | Chapter 7 |
| Debtor. | Hon. Barry Russell |
| | Adv. No. 2:17-ap-01289-BR |
| JEFFREY A. RINDE and CKR GLOBAL ADVISORS, INC., | **ORDER GRANTING IN PART APPELLANTS JEFFREY A. RINDE AND CKR GLOBAL ADVISORS, INC.'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** |
| Appellants, | |
| v. | Assigned to: Hon. David O. Carter |
| GARY GORHAM. | |
| Appellee. | |

ORDER

The Court having reviewed and considered Plaintiffs-Appellants Jeffrey A. Rinde and CKR Global Advisors, Inc.'s *Motion for Voluntary Dismissal of Appeal*, filed in the above bankruptcy appeal on July 27, 2018, and *Appellee Gary Gorhman's Conditional Acquiescence in Appellants' Motion to Dismiss Appeal and Appellee's Request to Impose Conditions on Dismissal*, filed on July 30, 2018, and finding good cause therefore, **IT IS HEREBY ORDERED** that:

Pursuant to Federal Bankruptcy Rule of Procedure 8023, the instant appeal is hereby dismissed; and appellee Gorham may seek his attorney's fees and costs on appeal.

Dated: July 31, 2018

By: _/s/ David O. Carter_____
HONORABLE DAVID O. CARTER
United States District Court Judge for
the Central District of California

- 2 -
ORDER